No. 1112.   MITCHELL *v.* UNITED STATES.   June 8, 1942. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. J. Forrest McCutcheon* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.